```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 03139
   ROBERT B RUBIN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-6622


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/27/06 and confirmed on 08/25/06.

   2.  The case was dismissed after confirmation, 10/24/2008.

   3.  The Debtor paid a total of $  14969.75 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE     CURRENT MORTG          .00          .00            .00
WELLS FARGO HOME MTGE     MORTGAGE ARRE     9059.48          .00        9059.48
CARRIAGES AT GROSSE POIN  SECURED           4845.50          .00        3128.84
BECKET & LEE LLP          UNSECURED         2331.44          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED         3219.97          .00            .00
CBUSA SEARS               UNSECURED         NOT FILED        .00            .00
CREDIT FIRST NA           UNSECURED          270.90          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          321.16          .00            .00
RECOVERY MANAGEMENT SYST  UNSECURED          253.46          .00            .00
FIRST NATIONAL BANK OF O  UNSECURED         2360.05          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED         1174.90          .00            .00
GRDN/CBUSA                UNSECURED         NOT FILED        .00            .00
MENARDS                   UNSECURED         NOT FILED        .00            .00
MARATHON ASHLAND PETROLE  UNSECURED          812.39          .00            .00
MARSHALL FIELD            UNSECURED          289.38          .00            .00
NATIONWIDE RECOVERY       UNSECURED         NOT FILED        .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED         NOT FILED        .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          682.79          .00            .00
SPEEDWAY                  UNSECURED          314.30          .00            .00
RETAILERS NATL BANK       UNSECURED         NOT FILED        .00            .00
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ILLINOIS DEPT REVENUE     PRIORITY         NOT FILED        .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         4956.09          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        2110.01          .00            .00
           Summary of disbursements:
------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      13904.98        4956.09      14140.75           .00    33001.82
PRINCIPAL PAID          12188.32            .00          .00            .00    12188.32
INTEREST PAID               .00             .00          .00            .00         .00
TOTAL PAID              12188.32            .00          .00            .00    12188.32
```

The Debtor's attorney, HAROLD M SAALFELD           , was allowed $   2500.00
and was paid $    411.00   direct and $   2089.00   through the plan.

The Trustee received $    692.43 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/16/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 03139 ROBERT B RUBIN